(Official Form 1) (10/05)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Top Flight Stairs & Rails, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**36-3980776** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**865 Commerce Drive<br>South Elgin, IL**                          ZIP Code **60177** | Street Address of Joint Debtor (No. & Street, City, and State):                          ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Kane** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                          ZIP Code | Mailing Address of Joint Debtor (if different from street address):                          ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):          **865 Commerce Drive<br>South Elgin, IL 60177** | |

**Type of Debtor** (Form of Organization)
(Check one box)
- ☐ Individual (includes Joint Debtors)
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- ☐ Chapter 13

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ☑ Business

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                                    FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Top Flight Stairs & Rails, Ltd.** |

**Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)

| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
|  | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ |
|  |     Signature of Attorney for Debtor(s)        Date |

| **Exhibit C** | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? | ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. |
| ☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)

FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Top Flight Stairs & Rails, Ltd.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

**X  /s/ Abraham Brustein**
_____
Signature of Attorney for Debtor(s)

**Abraham Brustein 0327662**
Printed Name of Attorney for Debtor(s)

**DiMonte and Lizak, LLC**
Firm Name

**216 Higgins Road**
**Park Ridge, IL 60068**

Address

**(847) 698-9600  Fax: (847) 698-9623**
Telephone Number

**July  6, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Bradley W. Kost**
Signature of Authorized Individual

**Bradley W. Kost**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**July  6, 2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 4
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Top Flight Stairs & Rails, Ltd.**                           Case No. _____

                                        Debtor(s)          Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Art Benton 815 Katherine Lane Hampshire, IL 60140** | **Art Benton** | **Wages** | | **20,262.52** |
| **Bluelinx PO Box 93560 Chicago, IL 60673-3560** | **Bluelinx PO Box 93560 Chicago, IL 60673-3560 800-837-7346** | | | **19,104.53** |
| **Cardunal Financial Insurance 704 West Main Street Dundee, IL 60118** | **Cardunal Financial Insurance 704 West Main Street Dundee, IL 60118 847-428-3636** | | | **16,812.73** |
| **Carlos Perez PO Box 8225 Bartlett, IL 60103** | **Carlos Perez PO Box 8225 Bartlett, IL 60103 847-697-7500** | **Wages** | | **24,140.37** |
| **Carolina Stair Supply PO Box 1014 140 Fair Avenue, N.W. New Philadelphia, OH 44663-5114** | **Carolina Stair Supply PO Box 1014, 140 Fair Ave. N.W. New Philadelphia, OH 44663-5114 330-364-1614** | | | **96,957.82** |
| **Charles J. Gries & Company 1101 Perimeter Drive Suite 800 Schaumburg, IL 60173-5026** | **Charles J. Gries & Company 1101 Perimeter Drive, Ste 800 Schaumburg, IL 60173-5026 847-517-8222** | | | **50,460.00** |
| **Cook County Lumber Company 200 E. 130th Street Chicago, IL 60628-6901** | **Cook County Lumber Company 200 E. 130th Street Chicago, IL 60628-6901 773-928-2100** | | | **100,667.05** |
| **Elgin State Bank 1001 S. Randall Road Elgin, IL 60121** | **Elgin State Bank 1001 S. Randall Road Elgin, IL 60121** | **Guarantee of Real Estate Loans to Gilberts Development Properties, LLC** | **Contingent** | **1,325,000.00** |

In re   **Top Flight Stairs & Rails, Ltd.**                                    Case No. _____
                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Employment Management Services, Inc**<br>**1813 N. Mill Street**<br>**Ste F**<br>**Naperville, IL 60563-4872** | **Employment Management Services, Inc**<br>**1813 N. Mill Street, Ste F**<br>**Naperville, IL 60563-4872**<br>**630-369-6750** | | | **303,957.31** |
| **Frank Paxton Lumber Co., LLC**<br>**5701 W. 66th Street**<br>**Chicago, IL 60638** | **Frank Paxton Lumber Co., LLC**<br>**5701 W. 66th Street**<br>**Chicago, IL 60638**<br>**773-767-1207** | | | **20,707.81** |
| **Kane County Collector**<br>**719 South Batavia Avenue**<br>**Geneva, IL 60134** | **Kane County Collector**<br>**719 South Batavia Avenue**<br>**Geneva, IL 60134**<br>**630-232-3567** | | | **33,543.99** |
| **Okaw Truss, Inc.**<br>**368 E. Street, Rout 133**<br>**Arthur, IL 61911** | **Okaw Truss, Inc.**<br>**368 E. Street, Rout 133**<br>**Arthur, IL 61911**<br>**217-543-3371** | | | **101,721.10** |
| **Old World Mill Works**<br>**5 N 200 Wooly Road**<br>**Maple Park, IL 60151** | **Old World Mill Works**<br>**5 N 200 Wooly Road**<br>**Maple Park, IL 60151**<br>**630-365-2900** | | | **70,621.55** |
| **Pawnee Leasing**<br>**700 Center Avenue**<br>**Fort Collins, CO 80526** | **Pawnee Leasing**<br>**700 Center Avenue**<br>**Fort Collins, CO 80526** | | | **25,687.68** |
| **Robbins Manufacturing**<br>**PO Box 17393**<br>**Tampa, FL 33682-7939** | **Robbins**<br>**PO Box 17393**<br>**Tampa, FL 33682-7939**<br>**813-971-3030** | | | **59,562.85** |
| **Sierra Forest Products**<br>**1700 Downs Drive**<br>**West Chicago, IL 60185** | **Sierra Forest Products**<br>**1700 Downs Drive**<br>**West Chicago, IL 60185**<br>**630-231-0450** | | | **29,202.47** |
| **Spartan Forest Products, Inc.**<br>**2100-V W. Conwallis Drive**<br>**Greensboro, NC 27408** | **Spartan Forest Products, Inc.**<br>**2100-V W. Conwallis Drive**<br>**Greensboro, NC 27408**<br>**336-574-0111** | | | **31,098.93** |
| **U.S. Small Business Administration**<br>**Sacramento Loan Processing Center**<br>**501 I Street, Ste 12-100**<br>**Sacramento, CA 95814** | **U.S. Small Business Administration**<br>**Sacramento Loan Processing Center**<br>**501 I Street, Ste 12-100**<br>**Sacramento, CA 95814** | **Guarantee of Loan to Gilberts Properties Development, LLC** | **Contingent** | **1,091,000.00** |
| **Wasserman & Associates, Inc.**<br>**508 South Street**<br>**PO Box 620**<br>**Alma, NE 68920-0620** | **Wasserman & Associates, Inc.**<br>**508 South Street, PO Box 620**<br>**Alma, NE 68920-0620**<br>**308-928-9116** | | | **18,675.00** |

In re    **Top Flight Stairs & Rails, Ltd.**                                    Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Wisconsin Dept of Revenue**<br>**2135 Rimrock Road**<br>**PO Box 8971, Mail Stop 6-97**<br>**Madison, WI 53708-8971** | **Wisconsin Dept of Revenue**<br>**2135 Rimrock Road, Mail Stopo 6-97**<br>**Madison, WI 53708-8971**<br>**608-266-9758** | | | **17,537.15** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **July  6, 2006** _____        Signature    **/s/ Bradley W. Kost** _____
                                                                    **Bradley W. Kost**
                                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Abrams & Abrams, P.C.
75 E. Wacker Drive
Ste 320
Chicago, IL 60601


Account Temps
12400 Collection Center Drive
Chicago, IL 60693


Agency Management
Floor 37
Seattle, WA 98104


Aldest, Inc.
PO Box 116295
Atlanta, GA 30368-6295


Alexnder Lumber Co.
1724 Loves Road
PO Box 791
Cortland, IL 60112


Alpine Engineered Products
PO Box 2225
Pompano Beach, FL 33061


Amcore Ban,k N.A.
2354 Hassell Road
Ste C
Schaumburg, IL 60195


Amcore Bank, N.A.
1180 E. Higgins Road
Schaumburg, IL 60173


American First Aid Services
1515 West Fullerton Avenue
Addison, IL 60101


Anderson Wood Products Company
1381 Beech Street
PO Box 1517
Louisville, KY 40251-0517

Art Benton
815 Katherine Lane
Hampshire, IL 60140


AT&T
PO Box 9001309
Louisville, KY 40290-1309


Aurelio Hurtado
107 Gables
Poplar Grove, IL 61065


B And H Industries
80 W. Seeger Road
Arlington Heights, IL 60005


Baer Supply Company
909 Forest Edge Drive
Vernon Hills, IL 60061


Bank of America
PO Box 1758
Newark, NJ 07101-1758


Bank of America, N.A.
As Administrative Agrent Commercial
800 Fifth Avenue
Seattle, WA 98104


Barnes Distribution
Dept CH 14079
Palatine, IL 60055-4079


Blue Cross Blue Shield of Illinois
300 East Randolph Street
Chicago, IL 60601-5655


Bluelinx
PO Box 93560
Chicago, IL 60673-3560


Boncosky Oil Company
52181 Eagle Way
Chicago, IL 60678-1521

Brad Kost
1020 Beau Brummel
Sleepy Hollow, IL 60118


Canawill, Inc.
1000 Milwaukee Avenue
Glenview, IL 60025


Capital One, FSB
PO Box 790217
Saint Louis, MO 63179-0217


Cardunal Financial Insurance
704 West Main Street
Dundee, IL 60118


Carlos Perez
PO Box 8225
Bartlett, IL 60103


Carolina Stair Supply
PO Box 1014
140 Fair Avenue, N.W.
New Philadelphia, OH 44663-5114


Carpenters Benefit Funds of IL
PO Box 4001
Geneva, IL 60134


Cascino & Associates, P.C.
385 Lincoln Avenue
Glencoe, IL 60022


CBeyond Communications
13747 Collections Center Drive
Chicago, IL 60693


Chante Brown
811 Fisherman Lane, Ste E
Edgewood, MD 21040


Charles J. Gries & Company
1101 Perimeter Drive
Suite 800
Schaumburg, IL 60173-5026

Chase Bank One
PO Box 15153
Wilmington, DE 19886-5153


Chesterfield Martha
1088 West Drive
South Elgin, IL 60177


Chicago Carpenters Trust Fund
PO Box 94432
Chicago, IL 60690


Cingular Wireless
PO Box 8229
Aurora, IL 60572-8229


City of Chicago Dept. of Revenue
PO Box 88292
Chicago, IL 60680-1292


ComEd
Chicago, IL 60668-0002


Contractor Supply Warehouse
10321 S. Oxford Avenue
Suite 3
Chicago Ridge, IL 60415


Cook County Lumber Company
200 E. 130th Street
Chicago, IL 60628-6901


Covad Communications
Dept 33408
PO Box 39000
San Francisco, CA 94139-0001


D'Angelo
9 D'Angelo Road
Dundee, IL 60118

Daily Herald
Paddock Publications
PO Box 6000
Carol Stream, IL 60197


Dan's Crane Rental
38W743 Hilltop Drive
Saint Charles, IL 60175


Datamine, Inc
16708 Advantage Avenue
Unit A
Joliet, IL 60435


Debbie Toth
1390 Chautauqua
Batavia, IL 60510


Digital Temp Drivers
724 E. Schaumburg Road
Schaumburg, IL 60194


Direct Bill Services, Inc
101 Hudson Street
33rd Floor
Jersey City, NJ 07302


Dreyer, Foote, Streit, Furgason &
Slcoum, P.A.
1999 W. Downer Place
Schaumburg, IL 60195


Elgin State Bank
1001 S. Randall Road
Elgin, IL 60121


Elgin Waste & Recycling, Inc.
PO Box 5634
Elgin, IL 60121


Elizabeth A. Bates
Huck Bouma, P.C.
1755 S. Naperville Road, Ste 200
Wheaton, IL 60187

Employment Management Services, Inc
1813 N. Mill Street
Ste F
Naperville, IL 60563-4872


Fastenal Company
250 Sundown Road
South Elgin, IL 60177


FedEx
PO Box 94515
Palatine, IL 60094-4515


Financial Pacific Leasing, LLC
PO Box 4568
Federal Way, WA 98063-4568


Financial Pacific Leasing, LLC
3455 South 344th Way
Suite 300
Federal Way, WA 98001


First Access
6400 West 73rd Street
Chicago, IL 60638


Fitzpatrick Zimmerman & Rose, Co.
140 Fair Avenue, N.W.
PO Box 1014
New Philadelphia, OH 44665


Five Point Capital, Inc.
10525 Vista Sorrento Pkwy
#304
San Diego, CA 92121


Fox Valley Courier
PO Box 924
Elgin, IL 60121


Fox Valley Fire & Safety, Co.
1730 Berkley Street
Elgin, IL 60123

Frank Paxton Lumber Co., LLC
5701 W. 66th Street
Chicago, IL 60638


Franks, Gerkin & McKenna, P.C.
19333 E. Grant Hwy
Marengo, IL 60152


Fredriksen & Sons Fire
760 Thomas Drive
Bensenville, IL 60106


Gatwood Crane Service, Inc
487 N. Industrial Drive
Naperville, IL 60563


Gilberts Properties Development LLC
1020 Beau Brummel
Sleepy Hollow, IL 60118


Gordon Flesch Co., Inc.
PO Box 992
Madison, WI 53701-0992


Grainger
6001 W. 115th Street
Alsip, IL 60803


Great American Leasing Corp.
8742 Innovation Way
Chicago, IL 60682-0087


Hans and Sons, Inc.
PO Box 318
South Elgin, IL 60177


Holiday Inn Express Algonquin
2595 Bunker Hill Road
Algonquin, IL 60102


Hyphen Solutions, Ltd.
PO Box 849936
Dallas, TX 75284-9936

Illinois Industrial Lumber
PO Box 310
Montgomery, IL 60538


Illinois Secretary of State
Room 235 - Howlett Building
Springfield, IL 62756


Illinois State Tollway Authority
135 S. LaSalle Street #8021
Chicago, IL 60674-8021


Illinois Time Recorder Co.
2737 Curtiss Street
Downers Grove, IL 60515


Jose Barajas
500 N. Commonwealth Ave
Elgin, IL 60123


Jose Moya
702 Michigan Ave
South Elgin, IL 60177


Kane County Collector
719 South Batavia Avenue
Geneva, IL 60134


Kelly J. Robar, Esq.
22 South 4th Street
Suite B
Geneva, IL 60134


Ken Gough
531 Bird Street
Elgin, IL 60123


Ken McVey
43W471 Bahrrp
Hampshire, IL 60140


Keymark Enterprises, LLC
6707 Winchester Circle
Suite 102
Boulder, CO 80301

L.J. Smith
35280 Scio-Bowerston Road
Bowerston, OH 44695


Leach Enterprises, Inc.
4304 Route 176
Crystal Lake, IL 60014


Macandrew Enterprises, Ltd.
30W200 Attleboro Ct.
Warrenville, IL 60555


Marlin Leasing
124 Gaither Drive
Suite 170
Mount Laurel, NJ 08054


Midway Truck Parts
7400 W. 87th Street
Bridgeview, IL 60455


Midwest Operating Engineers
6150 Joliet Road
Countryside, IL 60525-3994


Midwest Saw
850 Meadowview Crossing
#4
West Chicago, IL 60185


Nicor Gas
PO Box 416
Aurora, IL 60568-0001


Norbic
5353 West Armstrong Avenue
Chicago, IL 60646-6509


Northwestern Tire
41 W. 869 US Rout 20
Hampshire, IL 60140


Oak Brook Bank
PO Box 5165
Hinsdale, IL 60522-5165

Occupational Health Services
Provena St. Joseph Hospital
87 N. Airlite, Ste 130
Elgin, IL 60123


Office Max
Dept 58
PO Box 9020
Des Moines, IA 50368-9020


Okaw Truss, Inc.
368 E. Street, Rout 133
Arthur, IL 61911


Old Second National Bank
37 S. River Street
Aurora, IL 60506-4172


Old World Mill Works
5 N 200 Wooly Road
Maple Park, IL 60151


Open Eye Systems, Inc.
1112 Duncan Avenue
Elgin, IL 60120


Park Ridge Blueprint
828 Busse Hwy
Park Ridge, IL 60068


Paul E. Brady
Johnson & Bell, Ltd
33 West Monroe Street, Ste 2700
Chicago, IL 60603


Pawnee Leasing
700 Center Avenue
Fort Collins, CO 80526


Pitney Purchase Power
PO Box 856042
Louisville, KY 40285-6042

Poly-Tech East, Inc.
550 N. Meridian Road
Youngstown, OH 44509


Professional Business Forms
5550 W. Idewild Avenue
Tampa, FL 33634


Puritan Finance Corporation
55 West Monroe Street
Chicago, IL 60603


Pyka's Complete Furniture
914 Totem Terrace
Mchenry, IL 60050


Rayner & Rinn-Scott, Inc.
6755 Old Harlem Avenue
Chicago, IL 60638


RBS Packaging, Inc.
PO Box 454
South Elgin, IL 60177


Residential Construction Employers
Council
3041 Woodcreek Drive, Ste 101
Downers Grove, IL 60515


Retailer Services
825 South Randall Road
Elgin, IL 60123


Richmond International
PO Box 2757
Richmond, VA 23058


Rigoberto Borjon
834 Talma Street
Aurora, IL 60505


Roadway Towing & Service, Inc
1600 N. LaFox
South Elgin, IL 60177

Robbins Manufacturing
PO Box 17393
Tampa, FL 33682-7939


Rockford Industrial Welding
PO Box 5404
Rockford, IL 61125-0404


Rockne W. Clark
Clerk of Courts, Tuscarawas County
PO Box 628
New Philadelphia, OH 44663-0628


Roger Lawlor c/o
Paul E. Brady, Johnson & Bell, Ltd
33 West Monroe Street, Ste 2700
Chicago, IL 60603


Ronald S. Dearman, CPA
704 Castle Rock Circle
West Dundee, IL 60118


Rudolfo Moya
1302 Oakbrook Court
Belvidere, IL 61008


Runnion Equipment
7950 W. 47th Street
Lyons, IL 60534


Safeco Insurance Companies
PO Box 839
Dundee, IL 60118-0839


Sams 24 Hour Towing
9500 Franklin Avenue
Franklin Park, IL 60131


Saunders Brothers
PO Box 1016
Westbrook, ME 04098

Schofield Media Group
303 E. Wacker
23rd Floo
Chicago, IL 60601-5224


SCI Companies
1390 Boone Industrial Drive
Ste 110
Columbia, MO 65202


Securian Retirement Services
PO Box 64787
Saint Paul, MN 55164-0787


Seigle's
1600 Big Timber Road
Elgin, IL 60123


Sierra Forest Products
1700 Downs Drive
West Chicago, IL 60185


Sign A Ram
889 s. Randell Road
Elgin, IL 60123


Skokie Valley / Wheeling
6328 W. Gross Point Road
Niles, IL 60714


Spagnolo & Hoeksema, LLC
2500 W. Higgins Road
Suite 500
Hoffman Estates, IL 60195


Spartan Forest Products, Inc.
2100-V W. Conwallis Drive
Greensboro, NC 27408


Sprint
PO Box 172408
Denver, CO 80217-2408

State Bank & Trust
PO Box 10877
Fargo, ND 58106-0877


Stock Building Supply


The Limo Man, Inc.
PO Box 801
Mchenry, IL 60050


Time Savers
PO Box 88469
Chicago, IL 60680


U.S. Small Business Administration
Sacramento Loan Processing Center
501 I Street, Ste 12-100
Sacramento, CA 95814


United Parcel Service
PO Box 650580
Dallas, TX 75265-0580


Valenti Hanley & Crooks, P.C.
401 W. Main Street
Louisville, KY 40202


Valley Hydraulic Service, Inc.
610 Stevenson Road
South Elgin, IL 60177


Village of South Elgin
10 N. Water Street
South Elgin, IL 60177


Wally Pisarski
412 Winding Trail
Genoa, IL 60135


Wasserman & Associates, Inc.
508 South Street
PO Box 620
Alma, NE 68920-0620

Waste Management
1411 Opus Place
Suite 400
Downers Grove, IL 60515


Wausau Insurance Companies
8000 Excelsior Drive
Madison, WI 53717


Wells Fargo Bank, N.A.
MAC: N9311-161 Sixth And Marquette
Minneapolis, MN 55479


Wilkor Construction, Inc.
PO Box 246
South Elgin, IL 60177


Wisconsin Dept of Revenue
2135 Rimrock Road
PO Box 8971, Mail Stop 6-97
Madison, WI 53708-8971


Woodmark International, Inc.
2603 Technology Way
Plano, TX 75074


Zachary Keruish
87 Trenton Ave
South Elgin, IL 60177