## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter:     7 |
| | ) | |
| TOP FLIGHT STAIRS & RAILS, LTD., | ) | Bankruptcy No. 06 B 07975 |
| | ) | Judge A. Benjamin Goldgar |
| | ) | |
| | ) | Date of Hearing: August 19, 2009 |
| Debtor. | ) | Time: 10:00 a.m. |

### NOTICE OF MOTION

**TO:    ATTACHED SERVICE LIST**

    **PLEASE TAKE NOTICE** that on **August 19, 2009, at 10:00 A.M.**, we shall appear before the Honorable John H. Goldgar, U.S. Bankruptcy Judge, in Courtroom 613 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or any other judge sitting in his place and stead, and then and there present the Trustee's Motion for Order Pursuant to 11 U.S.C. §§105(a) and 503 (A) Establishing a Final Date for Filing Requests for Allowance of Chapter 11 Administrative Expenses, and (B) Approving the Form and Manner of Notice thereof, a copy of which is hereby served upon you.

*AT WHICH TIME AND PLACE YOU MAY APPEAR AND BE HEARD*

Thomas E. Springer, Trustee
SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC
Wheaton Executive Center
400 S. County Farm Road, Ste. 330
Wheaton, Illinois 60187                    /s/ Thomas E. Springer
(630) 510-0000                             Thomas E. Springer,  Trustee

### CERTIFICATE OF SERVICE

    I, Thomas E. Springer, an attorney, on oath state that I caused to be served this Notice, Motion and proposed Order on all parties shown by ECF service or by depositing same in the U.S. Mail at 400 S. County Farm Road, Wheaton, Illinois, with proper postage prepaid, on or before 5:45 p.m. on August 6 2009.

                                         /s/ Thomas E. Springer

### SERVICE LIST

Top Flight Stairs & Rails, Ltd.
1020 Beau Brummel
Sleepy Hollow, IL 60118

MB Financial
f/k/a Oak Brook Bank
P.O. Box 5165
Hinsdale, IL  60522-5165

Abraham Brustein
Dimonte & Lizak
216 W. Higgins Road
Park Ridge, IL 60068
*(Via Electronic Service)*

U.S. Trustee, William Neary
219 S. Dearborn Street
Chicago, IL  60604
*(Via Electronic Service)*

*Electronic Service for the Following:*

Thomas V Askounis    taskounis@askounisdarcy.com

Elizabeth A. Bates    ebates@huckbouma.com,  mtolvaysh@huckbouma.com

Deborah K Ebner    dkebner@deborahebnerlaw.com sbutz@deborahebnerlaw.com

Fred R Harbecke    fredrharbecke@sbcglobal.net

Gregory J Jordan    gjordan@akjltd.com

Joy E Levy    jelevy@arnstein.com, jlevy@ebg-law.com

 Raymond J Ostler    rostler@gsgolaw.com

Peter J Schmidt    pschmidt@polsinelli.com

Julia Jensen Smolka    jjensen@dimonteandlizak.com

Daniel A Zazove    dzazove@perkinscoie.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter: 7 |
| | ) | |
| TOP FLIGHT STAIRS & RAILS, LTD., | ) | Bankruptcy No. 06 B 07975 |
| | ) | Judge A. Benjamin Goldgar |
| | ) | |
| | ) | Date of Hearing: August 19, 2009 |
| Debtor. | ) | Time: 10:00 a.m. |

**MOTION TO SET BAR DATE FOR FILING REQUESTS FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSES, AND FOR APPROVAL OF THE FORM AND
MANNER OF NOTICE THEREOF**

NOW COMES Thomas E. Springer, Trustee, ("Trustee") by and through counsel, SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC, and submits this Motion pursuant to 11 U.S.C. §§105(a) and 503 (A) To set a Bar Date for Filing Requests for Allowance of Chapter 11 Administrative Expenses, and (B) Approving the Form and Manner of Notice thereof.   In support hereof, the Trustee respectfully states to the Court as follows:

**Jurisdiction**

1.     This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§157 and 1334(a).  Venue if this case and the Motion is proper pursuant to 28 U.S.C. §1409.  The Motion is a core proceeding as that term is used in 28 U.S.C. §§157(b)(2)(A), (B) and (O).

2.     The statutory predicate for the relief requested herein is §§105(a) and 503 of the Bankruptcy Code, 11 U.S.C. §§101 *et. seq*.(the "Code").

**Background**

3.     On July 6, 2006, the above Debtor filed its petition for relief under Chapter 11 of the Code.

4.     On September 13, 2006, an Order was entered converting the proceeding to a Chapter 7 and Thomas E. Springer was appointed as Trustee and continues to serve in that capacity.

5.     On September 20, 2006, Debtor filed Amended Schedules.   No additional creditors were listed in the Amended Schedules D or F.

6.     The only change to Amended Schedule F was removal of Pawnee Leasing (which was listed on Schedule D) and changes in the amounts owed to the principal, Bradley Kost, for various shareholder loans.

7.     The changes to Amended Schedule D entailed removal of three creditors who were originally listed with unknown or $0.00 claims.

8.     On December 1, 2006, the Debtor filed a second Amended Schedule D which listed an additional creditor, MB Financial f/k/a Oak Brook Bank.  The remainder of Schedule D was unchanged.

9.     On December 5, 2006, the Debtor filed its final Summary of Cash Receipts and Disbursements ("Operating Report") for the period end date of September 13, 2006.   The beginning and ending balances for post-petition accounts payable was $0.00.  Additionally, on December 5, 2006, the Debtor filed two other Operating Reports for July 31, 2006 and August 31, 2006 which also listed $0.00 for the beginning and ending balances for post-petition accounts payable.

10.    The Debtor did not file a Rule 1019 Schedule of post-petition debts.


**<u>Requested Relief</u>**

11.    By this Motion, the Trustee requests that this Court establish October 20, 2009 as the last day for any individual or entity who wishes to assert a claim for reimbursement of an administrative expense incurred subsequent to the filing of this case and prior to its conversion to cases under Chapter 7 of the Code (between July 6, 2006 and September 13, 2006), to file a request for allowance of such Administrative Claim.

12.    The establishment of the Administrative Claims Bar Date will provide a benefit to the estate by allowing the Trustee to analyze any remaining claims and claims distribution and for proper administration and closing of the estate.

13.    The Trustee submits that the procedures and relief requested herein are appropriate because they are reasonably calculated to provide individuals and entities holding or asserting administrative claims against the Debtor with notice of the Administrative Claims

Bar Date and ample time within which to file requests for allowance of such administrative claims.

14.    The Chapter 11 was filed essentially as a liquidating Chapter 11 case and the Debtor did not operate its business under the Chapter 11.    Based upon the Debtor's final Operating Report, the Debtor had no current accounts payable or old accounts payable. Accordingly, the Trustee requests that service of this Motion is necessary only to the additional creditor listed on the Debtor's Second Amended Schedule D, MB Financial, and to parties in interest.

**WHEREFORE** the Trustee prays that this Court enter an Order setting October 20, 2009 as the Bar Date for the filing of Requests for Payment of Chapter 11 Administrative Expenses in this case, approving the Form and Manner of Notice thereof, and for other and further relief as this Court deems just and equitable.

DATE: August 4, 2009                    Respectfully Submitted,
                                        Thomas E. Springer, Trustee

                                        BY: Springer, Brown, Covey, Gaertner & Davis, LLC


                                        By:    /s/ Thomas E. Springer
                                               Thomas E. Springer
                                               One of His Attorneys




Thomas E. Springer, Trustee
SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC
Wheaton Executive Center
400 S. County Farm Road, Ste. 330
Wheaton, Illinois 60187
(630) 510-0000