A. Benjamin Goldgar

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
TOP FLIGHT STAIRS & RAILS LTD         §    Case No. 06-07975 ABG
                                      §
            Debtor(s)                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
               CLERK OF THE U.S. BANKRUPTCY COURT
               219 S. DEARBORN STREET
               CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/10/2011 in Courtroom 613,
               United States Courthouse
               219 S. Dearborn
               Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____


*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
TOP FLIGHT STAIRS & RAILS LTD § Case No. 06-07975 ABG
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | White Knight Defense LLC | $ | $ | $ | $ |
| 000042B | Amcore Bank, N.A. | $ | $ | $ | $ |
| 000067 | Pawnee Leasing | $ | $ | $ | $ |
| 000068 | Financial Pacific Leasing, LLC | $ | $ | $ | $ |
| 000069 | Financial Pacific Leasing, LLC | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Thomas E. Springer | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko, CPA | $ | $ | $ |
| Accountant for Trustee Expenses: Alan D. Lasko, CPA | $ | $ | $ |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ | $ | $ |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | DEBBIE TOTH | $ | $ | $ |
| 49 | WALLY PISARSKI | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 52B | Internal Revenue Service | $ | $ | $ |
| 65 | Wisconsin Dept of Revenue | $ | $ | $ |
| 66 | KEN MCVEY | $ | $ | $ |
| 70A | ART BENTON | $ | $ | $ |
| 72 | ZACHARY KERUISH | $ | $ | $ |
| 73 | Illinois Department of Revenue | $ | $ | $ |
| 75A | Illinois Department of Employment Security | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors      $_____

Remaining Balance      $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fed Ex Customer Information Service | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Old World Mill Works | $ | $ | $ |
| 000004 | Leach Enterprises, Inc. | $ | $ | $ |
| 000005 | First Access | $ | $ | $ |
| 000006 | Richmond International | $ | $ | $ |
| 000007 | Occupational Health Services | $ | $ | $ |
| 000008 | Bluelinx Corp | $ | $ | $ |
| 000009 | Cascino & Associates, P.C. | $ | $ | $ |
| 000010 | Alpine Engineered Products | $ | $ | $ |
| 000011 | Alexnder Lumber Co. | $ | $ | $ |
| 000012 | Spartan Forest Products Inc | $ | $ | $ |
| 000013 | Robbins Manufacturing Company | $ | $ | $ |
| 000014 | Fitzpatrick Zimmerman & Rose, Co. | $ | $ | $ |
| 000015 | Fox Valley Fire & Safety, Co. | $ | $ | $ |
| 000016 | Old Second National Bank | $ | $ | $ |
| 000017 | Wasserman & Associates, Inc. | $ | $ | $ |
| 000018 | L.J. Smith | $ | $ | $ |
| 000019 | Pitney Bowes Inc | $ | $ | $ |
| 000020 | Euler Hermes ACI Assignee of | $ | $ | $ |
| 000021 | Charles J. Gries & Company | $ | $ | $ |
| 000023 | Waste Management | $ | $ | $ |
| 000025 | Poly Tech East Inc | $ | $ | $ |
| 000026 | Ablest Inc | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | ComEd | $ | $ | $ |
| 000028 | Baer Supply Company | $ | $ | $ |
| 000029 | Sierra Forest Products | $ | $ | $ |
| 000030 | Anderson Wood Products Company | $ | $ | $ |
| 000031 | Saunders Brothers | $ | $ | $ |
| 000032 | United Parcel Service | $ | $ | $ |
| 000033 | Rayner & Rinn-Scott, Inc. | $ | $ | $ |
| 000034 | Midwest Operating Engineers Welfare Fund | $ | $ | $ |
| 000035 | Midwest Operating Engineers Pension Fund | $ | $ | $ |
| 000036 | Operating Engineers Local 150 Apprenticeship Fund | $ | $ | $ |
| 000037 | I.U.O.E. Local 150 Vacation Savings Fund | $ | $ | $ |
| 000038 | Midwest Operating Engineers Fringe Benefit Funds | $ | $ | $ |
| 000039 | Midway Truck Parts | $ | $ | $ |
| 000040 | Saunders Brothers | $ | $ | $ |
| 000041 | Great America Leasing Corporation | $ | $ | $ |
| 000042A | Amcore Bank, N.A. | $ | $ | $ |
| 000043 | State Bank & Trust | $ | $ | $ |
| 000044 | Accountemps | $ | $ | $ |
| 000045 | Gatwood Crane Service, Inc | $ | $ | $ |
| 000046 | Marlin Leasing Corporation | $ | $ | $ |
| 000047 | Fitzpatrick Zimmerman & Rose, Co. | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000050 | Valley Hydraulic Service, Inc. | $ | $ | $ |
| 000053 | Old World Mill Works | $ | $ | $ |
| 000054 | Occupational Health Services | $ | $ | $ |
| 000055 | Baer Supply Company | $ | $ | $ |
| 000056 | B And H Industries | $ | $ | $ |
| 000057 | Datamine, Inc | $ | $ | $ |
| 000058 | Canawill, Inc. | $ | $ | $ |
| 000059 | Frank Paxton Lumber Company LLC | $ | $ | $ |
| 000060 | Alexnder Lumber Co. | $ | $ | $ |
| 000061 | Dan's Crane Rental | $ | $ | $ |
| 000062 | Woodmark International, Inc. | $ | $ | $ |
| 000063 | Old Second National Bank | $ | $ | $ |
| 000064 | Wisconsin Dept of Revenue | $ | $ | $ |
| 000071 | Sams 24 Hour Towing | $ | $ | $ |
| 70B | ART BENTON | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 52A | Internal Revenue Service | $ | $ | $ |
| 75B | Illinois Department of Employment Security | $ | $ | $ |

Total to be paid to subordinated unsecured creditors        $_____

Remaining Balance                                           $_____


Prepared By: /s/ Thomas E. Springer /s/_____


*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.