A. Benjamin Goldgar

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                              §
                                    §
TOP FLIGHT STAIRS & RAILS LTD       §      Case No. 06-07975 ABG
                                    §
            Debtor(s)               §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF THE U.S. BANKRUPTCY COURT
> 219 S. DEARBORN STREET
> CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/10/2011 in Courtroom 613,
> United States Courthouse
> 219 S. Dearborn
> Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
TOP FLIGHT STAIRS & RAILS LTD § Case No. 06-07975 ABG
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 38,414.90 |
| and approved disbursements of | $ | 4,958.04 |
| leaving a balance on hand of[1] | $ | 33,456.86 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | White Knight Defense LLC | $ 615,483.96 | $ 615,483.96 | $ 0.00 | $ 0.00 |
| 000042B | Amcore Bank, N.A. | $ 540,485.00 | $ 540,485.00 | $ 0.00 | $ 0.00 |
| 000067 | Pawnee Leasing | $ 24,884.73 | $ 24,884.73 | $ 0.00 | $ 0.00 |
| 000068 | Financial Pacific Leasing, LLC | $ 19,219.87 | $ 19,219.87 | $ 0.00 | $ 0.00 |
| 000069 | Financial Pacific Leasing, LLC | $ 36,863.60 | $ 36,863.60 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 33,456.86 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 4,591.49 | $ 0.00 | $ 4,591.49 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 15,000.00 | $ 0.00 | $ 15,000.00 |
| Accountant for Trustee Fees: Alan D. Lasko, CPA | $ 4,039.30 | $ 0.00 | $ 4,039.30 |
| Accountant for Trustee Expenses: Alan D. Lasko, CPA | $ 75.20 | $ 0.00 | $ 75.20 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 2,250.00 | $ 0.00 | $ 2,250.00 |
| Fees: Office of the U.S. Trustee <B>(ADMINISTR | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 27.78 | $ 27.78 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $    26,205.99

Remaining Balance    $    7,250.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 117,119.92  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | DEBBIE TOTH | $ 3,750.00 | $ 0.00 | $ 1,416.72 |
| 49 | WALLY PISARSKI | $ 4,090.77 | $ 0.00 | $ 1,545.42 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 52B | Internal Revenue Service | $ 2,146.57 | $ 0.00 | $ 0.00 |
| 65 | Wisconsin Dept of Revenue | $ 12,331.02 | $ 0.00 | $ 0.00 |
| 66 | KEN MCVEY | $ 881.14 | $ 0.00 | $ 332.88 |
| 70A | ART BENTON | $ 6,767.41 | $ 0.00 | $ 2,556.61 |
| 72 | ZACHARY KERUISH | $ 1,222.20 | $ 0.00 | $ 461.73 |
| 73 | Illinois Department of Revenue | $ 38,000.00 | $ 0.00 | $ 0.00 |
| 75A | Illinois Department of Employment Security | $ 46,993.30 | $ 0.00 | $ 0.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 391.43 | $ 0.00 | $ 391.43 |
| AUTO | INTERNAL REVENUE SERVICE | $ 50.49 | $ 0.00 | $ 50.49 |
| AUTO | INTERNAL REVENUE SERVICE | $ 91.54 | $ 0.00 | $ 91.54 |
| AUTO | ILLINOIS DEPARTMENT OF REVENUE | $ 404.05 | $ 0.00 | $ 404.05 |

Total to be paid to priority creditors $ 7,250.87

Remaining Balance $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,037,727.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fed Ex Customer Information Service | $ 316.89 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Old World Mill Works | $ 70,621.55 | $ 0.00 | $ 0.00 |
| 000004 | Leach Enterprises, Inc. | $ 809.21 | $ 0.00 | $ 0.00 |
| 000005 | First Access | $ 1,291.78 | $ 0.00 | $ 0.00 |
| 000006 | Richmond International | $ 14,729.32 | $ 0.00 | $ 0.00 |
| 000007 | Occupational Health Services | $ 5,270.25 | $ 0.00 | $ 0.00 |
| 000008 | Bluelinx Corp | $ 19,112.30 | $ 0.00 | $ 0.00 |
| 000009 | Cascino & Associates, P.C. | $ 2,661.29 | $ 0.00 | $ 0.00 |
| 000010 | Alpine Engineered Products | $ 2,100.00 | $ 0.00 | $ 0.00 |
| 000011 | Alexnder Lumber Co. | $ 10,120.34 | $ 0.00 | $ 0.00 |
| 000012 | Spartan Forest Products Inc | $ 31,098.93 | $ 0.00 | $ 0.00 |
| 000013 | Robbins Manufacturing Company | $ 59,562.85 | $ 0.00 | $ 0.00 |
| 000014 | Fitzpatrick Zimmerman & Rose, Co. | $ 96,957.82 | $ 0.00 | $ 0.00 |
| 000015 | Fox Valley Fire & Safety, Co. | $ 1,240.44 | $ 0.00 | $ 0.00 |
| 000016 | Old Second National Bank | $ 290.00 | $ 0.00 | $ 0.00 |
| 000017 | Wasserman & Associates, Inc. | $ 18,675.00 | $ 0.00 | $ 0.00 |
| 000018 | L.J. Smith | $ 10,563.14 | $ 0.00 | $ 0.00 |
| 000019 | Pitney Bowes Inc | $ 1,069.50 | $ 0.00 | $ 0.00 |
| 000020 | Euler Hermes ACI Assignee of | $ 102,465.15 | $ 0.00 | $ 0.00 |
| 000021 | Charles J. Gries & Company | $ 51,480.00 | $ 0.00 | $ 0.00 |
| 000023 | Waste Management | $ 8,136.89 | $ 0.00 | $ 0.00 |
| 000025 | Poly Tech East Inc | $ 19,359.20 | $ 0.00 | $ 0.00 |
| 000026 | Ablest Inc | $ 13,468.88 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | ComEd | $ 2,368.79 | $ 0.00 | $ 0.00 |
| 000028 | Baer Supply Company | $ 5,476.09 | $ 0.00 | $ 0.00 |
| 000029 | Sierra Forest Products | $ 21,202.47 | $ 0.00 | $ 0.00 |
| 000030 | Anderson Wood Products Company | $ 4,230.62 | $ 0.00 | $ 0.00 |
| 000031 | Saunders Brothers | $ 1,843.78 | $ 0.00 | $ 0.00 |
| 000032 | United Parcel Service | $ 202.22 | $ 0.00 | $ 0.00 |
| 000033 | Rayner & Rinn-Scott, Inc. | $ 64,152.84 | $ 0.00 | $ 0.00 |
| 000034 | Midwest Operating Engineers Welfare Fund | $ 791.10 | $ 0.00 | $ 0.00 |
| 000035 | Midwest Operating Engineers Pension Fund | $ 631.65 | $ 0.00 | $ 0.00 |
| 000036 | Operating Engineers Local 150 Apprenticeship Fund | $ 79.73 | $ 0.00 | $ 0.00 |
| 000037 | I.U.O.E. Local 150 Vacation Savings Fund | $ 220.77 | $ 0.00 | $ 0.00 |
| 000038 | Midwest Operating Engineers Fringe Benefit Funds | $ 70.00 | $ 0.00 | $ 0.00 |
| 000039 | Midway Truck Parts | $ 188.61 | $ 0.00 | $ 0.00 |
| 000040 | Saunders Brothers | $ 1,843.78 | $ 0.00 | $ 0.00 |
| 000041 | Great America Leasing Corporation | $ 18,199.44 | $ 0.00 | $ 0.00 |
| 000042A | Amcore Bank, N.A. | $ 53,951.21 | $ 0.00 | $ 0.00 |
| 000043 | State Bank & Trust | $ 26,430.00 | $ 0.00 | $ 0.00 |
| 000044 | Accountemps | $ 729.00 | $ 0.00 | $ 0.00 |
| 000045 | Gatwood Crane Service, Inc | $ 380.00 | $ 0.00 | $ 0.00 |
| 000046 | Marlin Leasing Corporation | $ 17,762.45 | $ 0.00 | $ 0.00 |
| 000047 | Fitzpatrick Zimmerman & Rose, Co. | $ 81,837.54 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000050 | Valley Hydraulic Service, Inc. | $ 627.55 | $ 0.00 | $ 0.00 |
| 000053 | Old World Mill Works | $ 70,621.55 | $ 0.00 | $ 0.00 |
| 000054 | Occupational Health Services | $ 4,819.40 | $ 0.00 | $ 0.00 |
| 000055 | Baer Supply Company | $ 6,606.73 | $ 0.00 | $ 0.00 |
| 000056 | B And H Industries | $ 1,243.59 | $ 0.00 | $ 0.00 |
| 000057 | Datamine, Inc | $ 202.50 | $ 0.00 | $ 0.00 |
| 000058 | Canawill, Inc. | $ 45,456.68 | $ 0.00 | $ 0.00 |
| 000059 | Frank Paxton Lumber Company LLC | $ 21,047.34 | $ 0.00 | $ 0.00 |
| 000060 | Alexnder Lumber Co. | $ 10,263.58 | $ 0.00 | $ 0.00 |
| 000061 | Dan's Crane Rental | $ 405.00 | $ 0.00 | $ 0.00 |
| 000062 | Woodmark International, Inc. | $ 3,632.70 | $ 0.00 | $ 0.00 |
| 000063 | Old Second National Bank | $ 290.00 | $ 0.00 | $ 0.00 |
| 000064 | Wisconsin Dept of Revenue | $ 6,557.98 | $ 0.00 | $ 0.00 |
| 000071 | Sams 24 Hour Towing | $ 418.50 | $ 0.00 | $ 0.00 |
| 70B | ART BENTON | $ 21,542.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors                $_____0.00

Remaining Balance                $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 890.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 52A | Internal Revenue Service | $ 400.00 | $ 0.00 | $ 0.00 |
| 75B | Illinois Department of Employment Security | $ 490.00 | $ 0.00 | $ 0.00 |

    Total to be paid to subordinated unsecured creditors      $ 0.00

    Remaining Balance      $ 0.00

Prepared By: /s/ Thomas E. Springer /s/

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                              Case No. 06-07975-ABG
Top Flight Stairs & Rails Ltd                                       Chapter 7
          Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-1          User: mhenley                Page 1 of 4                  Date Rcvd: Jul 20, 2011
                              Form ID: pdf006              Total Noticed: 195


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 22, 2011.
db          +Top Flight Stairs & Rails Ltd,    865 Commerce Drive,    South Elgin, IL 60177-2633
aty         +Abraham Brustein, ESQ,    Dimonte & Lizak, LLC,    216 W. Higgins Road,    Park Ridge, IL 60068-5706
aty         +Arthur W Rummler,    Law Offices of Arthur W. Rummler,    799 Roosevelt Road,
              Building 2, Suite 104,    Glen Ellyn, IL 60137-5908
aty         +Julia Jensen Smolka,   Dimonte & Lizak, LLC,    216 West Higgins Road,    Park Ridge, IL 60068-5706
aty         +Michele M Springer,   Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
aty         +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,    400 S. County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
tr          +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
10807124   ++++ALEXNDER LUMBER CO.,    PO BOX 791,   164 S LOVES RD,    CORTLAND IL   60112-4038
              (address filed with court:   Alexnder Lumber Co.,    1724 Loves Road,    PO Box 791,
              Cortland, IL 60112)
10807131     AT&T,   PO Box 9001309,    Louisville, KY 40290-1309
10862759    +Ablest Inc,    1511 North Westshere Blvd,    Suite 900,   Tampa. FL 33607-4523
10807121    +Account Temps,    12400 Collection Center Drive,    Chicago, IL 60693-0124
10909280    +Accountemps,    Attn: Karen Lima,    Div. of Robert Half International,
              5720 Stoneridge Drive, Suite Three,    Pleasanton, CA 94588-4521
10807122     Agency Management,    Floor 37,    Seattle, WA 98104
10925776     Albest, Inc,    PO BOX 116295,    Atlanta, GA 30368-6295
10807123     Aldest, Inc.,    PO Box 116295,    Atlanta, GA 30368-6295
10807125    +Alpine Engineered Products,    PO Box 2225,    Pompano Beach, FL 33061-2225
10807126    +Amcore Ban,k N.A.,    2354 Hassell Road,    Ste C,    Schaumburg, IL 60169-2100
10807127    +Amcore Bank, N.A.,    C/O Elizabeth Bates, Esq,    1755 S. Naperville Rd. #20,
              Wheaton, IL 60189-5844
10902801    +Amcore Bank, N.A.,     c/o Elizabeth A. Bates, Esq.,    Huck, Bouma, P.C.,
              1755 S. Naperville Rd, Ste. 200,    Wheaton, IL 60189-5844
10807128    +American First Aid Services,    1515 West Fullerton Avenue,    Addison, IL 60101-3000
10925774    +Amocore Bank, N.A.,    1180 E. Higgins Road,    Schaumburg, IL 60173-4709
10807129    +Anderson Wood Products Company,    Mark A. Robinson,    Valenti, Hanley & Crooks , PLLC,
              401 W. Main St. Ste. 1950,    Louisville, KY 40202-4206
10807130    +Art Benton,    815 Katherine Lane,    Hampshire, IL 60140-7718
10807132    +Aurelio Hurtado,    107 Gables,    Poplar Grove, IL 61065-8763
10807133    +B And H Industries,    80 W. Seeger Road,    Arlington Heights, IL 60005-3917
10807134    +Baer Supply Company,    909 Forest Edge Drive,    Vernon Hills, IL 60061-3149
10807135     Bank of America,    PO Box 1758,    Newark, NJ 07101-1758
10807136    +Bank of America, N.A.,    As Administrative Agent Commercial,    800 Fifth Avenue,
              Seattle, WA 98104-3176
10807137     Barnes Distribution,    Dept CH 14079,    Palatine, IL 60055-4079
10807138    +Blue Cross Blue Shield of Illinois,    300 East Randolph Street,    Chicago, IL 60601-5099
10807139     Bluelinx,    PO Box 93560,    Chicago, IL 60673-3560
10807140     Boncosky Oil Company,    52181 Eagle Way,    Chicago, IL 60678-1521
10807141    +Brad Kost,    1020 Beau Brummel,    Sleepy Hollow, IL 60118-1802
10807149    +CBeyond Communications,    13747 Collections Center Drive,    Chicago, IL 60693-0137
10807142    +Canawill, Inc.,    1000 Milwaukee Avenue,    Glenview, IL 60025-2422
10807143    +Capital One, FSB,    PO Box 790217,    Saint Louis, MO 63179
10807144    +Cardunal Financial Insurance,    704 West Main Street,    Dundee, IL 60118-2028
10807145    +Carlos Perez,    PO Box 8225,    Bartlett, IL 60103-8225
10853710    +Carlos Perez,    865 Commerce Drive,    South Elgin,   60177-2633
10807146    +Carolina Stair Supply,    PO Box 1014,    140 Fair Avenue, N.W.,    New Philadelphia, OH 44663-2646
10807147    +Carpenters Benefit Funds of IL,    PO Box 4001,    Geneva, IL 60134-4001
10807148    +Cascino & Associates, P.C.,    385 Lincoln Avenue,    Glencoe, IL 60022-1521
10807150    +Chante Brown,    811 Fisherman Lane, Ste E,    Edgewood, MD 21040-1940
10807151     Charles J. Gries & Company,    1101 Perimeter Drive,    Suite 800,    Schaumburg, IL 60173-5026
10807152     Chase Bank One,    PO Box 15153,    Wilmington, DE 19886-5153
10807153    +Chesterfield Martha,    1088 West Drive,    South Elgin, IL 60177-2534
10807154    +Chicago Carpenters Trust Fund,    PO Box 94432,    Chicago, IL 60690-4432
10807155     Cingular Wireless,    PO Box 8229,    Aurora, IL 60572-8229
10807156     City of Chicago Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
10807158    +Contractor Supply Warehouse,    10321 S. Oxford Avenue,    Suite 3,    Chicago Ridge, IL 60415-1515
10807159    +Cook County Lumber Company,    200 E. 130th Street,    Chicago, IL 60628-6998
10807160     Covad Communications,    Dept 33408,    PO Box 39000,    San Francisco, CA 94139-0001
10807161    +D’Angelo,    9 D’Angelo Road,    Dundee, IL 60118-2325
10807162    +Daily Herald,    Paddock Publications,    PO Box 6000,    Carol Stream, IL 60197-6000
10807163    +Dan’s Crane Rental,    38W743 Hilltop Drive,    Saint Charles, IL 60175-6059
10807164    +Datamine, Inc,    16708 Advantage Avenue,    Unit A,    Joliet, IL 60403-1619
10807165    +Debbie Toth,    1390 Chautauqua,    Batavia, IL 60510-4539
10807166    +Digital Temp Drivers,    724 E. Schaumburg Road,    Schaumburg, IL 60194-3508
10807167    +Direct Bill Services, Inc,    101 Hudson Street,    33rd Floor,    Jersey City, NJ 07302-3988
10807168     Dreyer, Foote, Streit, Furgason &,    Slcoum, P.A.,    1999 W. Downer Place,    Schaumburg, IL 60195
10807169    +Elgin State Bank,    1001 S. Randall Road,    Elgin, IL 60123-4106
10807170    +Elgin Waste & Recycling, Inc.,    PO Box 5634,    Elgin, IL 60121-5634
```

```
District/off: 0752-1           User: mhenley                Page 2 of 4                   Date Rcvd: Jul 20, 2011
                               Form ID: pdf006              Total Noticed: 195


10807171      +Elizabeth A. Bates,   Huck Bouma, P.C.,    1755 S. Naperville Road, Ste 200,
                Wheaton, IL 60189-5844
10824245      +Elizabeth A. Bates,   Huck, Bouma, P.C.,    1755 South Naperville Road, Suite 200,
                Wheaton, IL 60189-5844
10882978      +Employment Management Services, Inc,    Gregory J Jordan,    Dykema Gosset Rooks Pitts PLLC,
                10 S Wacker Drive, Suite 2300,    Chicago, IL 60606-7509
11706137      +Employment Management Services, Inc,    Paul J. Richards,    Dykema Gossett PLLC,
                111 North Ottawa Street,    Joliet, IL 60432-4229
10807172       Employment Management Services, Inc,    1813 N. Mill Street,    Ste F,    Naperville, IL 60563-4872
10849587      +Euler Hermes ACI Assignee of,    Cook County Lumber Company,    800 Red Brook Boulevard,
                Owings Mills, MD 21117-5173
10807173      +Fastenal Company,    250 Sundown Road,   South Elgin, IL 60177-1100
10821536      +Fed Ex Customer Information Service,    as Assignee of Fed Ex Express Ground,
                2005 Corporate Avenue, 2nd Floor,    Memphis, TN 38132-1702
10807174       FedEx,   PO Box 94515,    Palatine, IL 60094-4515
10807176      +Financial Pacific Leasing, LLC,    3455 South 344th Way,    Suite 300,    Federal Way, WA 98001-9546
10807175       Financial Pacific Leasing, LLC,    PO Box 4568,   Federal Way, WA 98063-4568
10807177      +First Access,   C/O Wolfe Wolfe & Ryd LLP,    20 N Wacker Drive Suite 3550,
                Chicago, IL 60606-3187
10807178      +Fitzpatrick Zimmerman & Rose, Co.,    140 Fair Avenue, N.W.,    PO Box 1014,
                New Philadelphia, OH 44663-5114
10807179      +Five Point Capital, Inc.,    10525 Vista Sorrento Pkwy,    #304,   San Diego, CA 92121-2747
10807180      +Fox Valley Courier,    PO Box 924,   Elgin, IL 60121-0924
10853712      +Fox Valley Fire & Safety, Co,    1730 Berkley Street,    Elgin, IL 60123-7030
10807181      +Fox Valley Fire & Safety, Co.,    2730 Pinnacle Dr,    Elgin, IL 60124-7943
10807182      +Frank Paxton Lumber Co., LLC,    5701 W. 66th Street,    Chicago, IL 60638-6201
11048035      +Frank Paxton Lumber Company LLC,    c/o Jason B. Hirsh,    Arnstein & Lehr LLP,
                120 S. Riverside Plaza, Suite 1200,    Chicago, IL 60606-3910
10807183      +Franks, Gerkin & McKenna, P.C.,    19333 E. Grant Hwy,    Marengo, IL 60152-8234
10807184      +Fredriksen & Sons Fire,    760 Thomas Drive,   Bensenville, IL 60106-1657
10807185      +Gatwood Crane Service, Inc,    487 N. Industrial Drive,    Naperville, IL 60563-3937
10807186      +Gilberts Properties Development LLC,    1020 Beau Brummel,    Sleepy Hollow, IL 60118-1802
10807187       Gordon Flesch Co., Inc.,    PO Box 992,   Madison, WI 53701-0992
10900283      +Great America Leasing Corporation,    Po Box 609,   Cedar Rapids, IA 52406-0609
10807189       Great American Leasing Corp.,    8742 Innovation Way,    Chicago, IL 60682-0087
10807190      +Hans and Sons, Inc.,    PO Box 318,   South Elgin, IL 60177-0318
10807191      +Holiday Inn Express Algonquin,    2595 Bunker Hill Road,    Algonquin, IL 60102-9742
10807192       Hyphen Solutions, Ltd.,    PO Box 849936,   Dallas, TX 75284-9936
10885863       I.U.O.E. Local 150 Vacation Savings Fund,    c/o Jennifer L. Dunitz-Geiringer,
                200 W. Adams Street, Suite 2200,    Chicago, IL   60606-5231
11297212      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
                100 West Randolph Street  Level 7-425,    Chicago, Illinois   60601)
16588393      +Illinois Department of Employment Security,    33 South State Street,
                Chicago, Illinois 60603-2808,    Attn. Amelia Yabes
11699257      +Illinois Department of Employment Security,    Attorney General Section 7th Floor,
                33 South State Street,    Chicago, IL 60603-2804
10807193      +Illinois Industrial Lumber,    PO Box 310,   Montgomery, IL 60538-0310
10807194      +Illinois Secretary of State,    Room 235 - Howlett Building,    Springfield, IL 62756-0001
10807195       Illinois State Tollway Authority,    135 S. LaSalle Street  #8021,    Chicago, IL 60674-8021
10807196      +Illinois Time Recorder Co.,    2737 Curtiss Street,    Downers Grove, IL 60515-4002
11022921      +Internal Revenue Service,    P.O. Box 21125,   Philadelphia, PA 19114-0325
10853713       JP Morgan Chase Bank, N.A.,    C/O Mark Fucinato,    120 South LaSalle Street,
                Chicago, IL 60603-3403
10807198      +Jose Moya,   702 Michigan Ave,    South Elgin, IL 60177-1032
10807199      +Kane County Collector,    719 South Batavia Avenue,    Geneva, IL 60134-3099
10807200      +Kelly J. Robar, Esq.,    22 South 4th Street,   Suite B,    Geneva, IL 60134-2101
10807201      +Ken Gough,   531 Bird Street,    Elgin, IL 60123-2824
10807202      +Ken McVey,   43W471 Bahrrp,    Hampshire, IL 60140-9026
10807203      +Keymark Enterprises, LLC,    6707 Winchester Circle,    Suite 102,    Boulder, CO 80301-3574
10807204      +L.J. Smith,   35280 Scio-Bowerston Road,    Bowerston, OH 44695-9726
10807205      +Leach Enterprises, Inc.,    4304 Route 176,   Crystal Lake, IL 60014-3799
10807206      +Macandrew Enterprises, Ltd.,    30W200 Attleboro Ct.,    Warrenville, IL 60555-1100
10807207      +Marlin Leasing,   124 Gaither Drive,    Suite 170,    Mount Laurel, NJ 08054-1719
10853708      +Marlin Leasing,   PO BOX 13604,    Philadelphia, PA 19101-3604
10912154      +Marlin Leasing Corporation,    300 Fellowship Road,    Mount Laurel, NJ 08054-1727
10807208      +Midway Truck Parts,    7400 W. 87th Street,   Bridgeview, IL 60455-1881
10807209       Midwest Operating Engineers,    6150 Joliet Road,    Countryside, IL 60525-3994
10885865       Midwest Operating Engineers Fringe Benefit Funds,     c/o Jennifer L. Dunitz-Geiringer,
                200 W. Adams Street, Suite 2200,    Chicago, IL   60606-5231
10885867       Midwest Operating Engineers Pension Fund,    c/o Jennifer L. Dunitz-Geiringer,
                200 W. Adams Street, Suite 2200,    Chicago, IL   60606-5231
10885858       Midwest Operating Engineers Welfare Fund,    c/o Jennifer L. Dunitz-Geiringer,
                200 W. Adams Street, Suite 2200,    Chicago, IL   60606-5231
10807210      +Midwest Saw,   850 Meadowview Crossing,    #4,   West Chicago, IL 60185-2577
10807212       Norbic,   5353 West Armstrong Avenue,    Chicago, IL 60646-6509
10807213       Northwestern Tire,    41 W. 869 US Rout 20,   Hampshire, IL 60140
10807214       Oak Brook Bank,    PO Box 5165,   Hinsdale, IL 60522-5165
10807215      +Occupational Health Services,    Provena St. Joseph Hospital,    87 N. Airlite, Ste 130,
                Elgin, IL 60123-4991
```

```
District/off: 0752-1           User: mhenley              Page 3 of 4                   Date Rcvd: Jul 20, 2011
                               Form ID: pdf006            Total Noticed: 195

10807216       Office Max,   Dept 58,   PO Box 9020,   Des Moines, IA 50368-9020
11022485      +Office of the U.S. Trustee,   227 W. Monroe St.,   Suite 3350,   Chicago, IL 60606-5099
10807217       Okaw Truss, Inc.,   368 E. Street, Rout 133,   Arthur, IL 61911
10807218       Old Second National Bank,   37 S. River Street,   Aurora, IL 60506-4172
10807219      +Old World Mill Works,   1085 Peace Road,   De Kalb, IL 60115-7915
10807220      +Open Eye Systems, Inc.,   1112 Duncan Avenue,   Elgin, IL 60120-2416
10885861       Operating Engineers Local 150 Apprenticeship Fund,   c/o Jennifer L. Dunitz-Geiringer,
                 200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
10807221      +Park Ridge Blueprint,   828 Busse Hwy,   Park Ridge, IL 60068-2302
10807222      +Paul E. Brady,   Johnson & Bell, Ltd,   33 West Monroe Street, Ste 2700,   Chicago, IL 60603-5404
10807224       Pitney Purchase Power,   PO Box 856042,   Louisville, KY 40285-6042
10861427      +Poly Tech East Inc,   c/o Attorney Robert S Hartford Jr,   Nadler Nadler & Burdman Co LPA,
                 20 Federal Plaza West Ste 600,   Youngstown, OH 44503-1424
10807225      +Poly-Tech East, Inc.,   550 N. Meridian Road,   Youngstown, OH 44509-1226
10807226      +Professional Business Forms,   5550 W. Idewild Avenue,   Tampa, FL 33634-8014
10807227      +Puritan Finance Corporation,   29 S LaSalle St Ste 945,   Chicago, IL 60603-1526
10823312      +Puritan Finance Corporation,   C/O Fred R. Harbecke,   29 S. Lasalle, Suite 945,
                 Chicago, IL 60603-1526
10853709      +Puritan Finance Corporation,   55 West Monroe Street,   Chicago, IL 60603-5050
10807228      +Pyka’s Complete Furniture,   914 Totem Terrace,   Mchenry, IL 60051-9294
10807230      +RBS Packaging, Inc.,   PO Box 454,   South Elgin, IL 60177-0454
10807229      +Rayner & Rinn-Scott, Inc.,   6755 S. Old Harlem Avenue,   Bedford Park, IL 60638-4732
10807231      +Residential Construction Employers,   Council,   3041 Woodcreek Drive, Ste 101,
                 Downers Grove, IL 60515-5418
10807232      +Retailer Services,   825 South Randall Road,   Elgin, IL 60123-3002
10851529      +Richard, Paul J,   Dykema Gossett PLLC,   111 North Ottawa Street,   Joliet, IL 60432-4229
10807234      +Rigoberto Borjon,   834 Talma Street,   Aurora, IL 60505-5224
10807235      +Roadway Towing & Service, Inc,   1600 N. LaFox,   South Elgin, IL 60177-1248
10807236      +Robbins Manufacturing,   PO Box 17393,   Tampa, FL 33682-7393
10842658      +Robbins Manufacturing Company,   Euler Hermes ACI,   800 Red Brook Boulevard,
                 Owings Mills, MD 21117-5173
10807237       Rockford Industrial Welding,   PO Box 5404,   Rockford, IL 61125-0404
10807238       Rockne W. Clark,   Clerk of Courts, Tuscarawas County,   PO Box 628,
                 New Philadelphia, OH 44663-0628
10807239      +Roger Lawlor c/o,   Paul E. Brady, Johnson & Bell, Ltd,   33 West Monroe Street, Ste 2700,
                 Chicago, IL 60603-5404
10807240      +Ronald S. Dearman, CPA,   704 Castle Rock Circle,   West Dundee, IL 60118-3312
10807242      +Runnion Equipment,   7950 W. 47th Street,   Lyons, IL 60534-1898
10807247      +SCI Companies,   1390 Boone Industrial Drive,   Ste 110,   Columbia, MO 65202-3381
10807255     ++SPRINT NEXTEL CORRESPONDENCE,   ATTN BANKRUPTCY DEPT,   PO BOX 7949,
                 OVERLAND PARK KS 66207-0949
               (address filed with court: Sprint,   PO Box 172408,   Denver, CO 80217-2408)
10807243       Safeco Insurance Companies,   PO Box 839,   Dundee, IL 60118-0839
10807244      +Sams 24 Hour Towing,   9500 Franklin Avenue,   Franklin Park, IL 60131-2768
10807246      +Schofield Media Group,   303 E. Wacker,   23rd Floo,   Chicago, IL 60601-5212
10807248       Securian Retirement Services,   PO Box 64787,   Saint Paul, MN 55164-0787
10807249      +Seigle’s,   1600 Big Timber Road,   Elgin, IL 60123-1702
10807250      +Sierra Forest Products,   1700 Downs Drive,   West Chicago, IL 60185-1830
10807251      +Sign A Ram,   889 s. Randell Road,   Elgin, IL 60123-3002
10807252      +Skokie Valley / Wheeling,   6328 W. Gross Point Road,   Niles, IL 60714-3916
10807253      +Spagnolo & Hoeksema, LLC,   2500 W. Higgins Road,   Suite 500,   Hoffman Estates, IL 60169-2045
10842624      +Spartan Forest Products Inc,   Euler Hermes ACI,   800 Red Brook Boulevard,
                 Owings Mills, MD 21117-5173
10807254      +Spartan Forest Products, Inc.,   2100-V W. Conwallis Drive,   Greensboro, NC 27408-7015
10807256       State Bank & Trust,   PO Box 10877,   Fargo, ND 58106-0877
10807258      +The Limo Man, Inc.,   PO Box 801,   Mchenry, IL 60051-9013
10807259      +Time Savers,   PO Box 88469,   Chicago, IL 60680-1469
10807260      +U.S. Small Business Administration,   Sacramento Loan Processing Center,
                 501 I Street, Ste 12-100,   Sacramento, CA 95814-7310
10875898      +United Parcel Service,   C/O Receivable Management Services,   P O BOX 4396,
                 Timonium, MD 21094-4396
10807261       United Parcel Service,   PO Box 650580,   Dallas, TX 75265-0580
10807262      +Valenti Hanley & Crooks, P.C.,   401 W. Main Street,   Louisville, KY 40202-2948
10807263      +Valley Hydraulic Service, Inc.,   610 Stevenson Road,   South Elgin, IL 60177-1133
10807264      +Village of South Elgin,   10 N. Water Street,   South Elgin, IL 60177-1695
10807265      +Wally Pisarski,   412 Winding Trail,   Genoa, IL 60135-1437
10853714       Wasserman & Associates, Inc,   508 South Street,   PO BOX 620,   Alma, NE 68920-0620
10807266      +Wasserman & Associates, Inc.,   1553 South 2nd Street,   Lincoln, NE 68502-1908
10925779      +Waste Management,   1411 Opus Place,   Suite 400,   Downers Grove, IL 60515-1481
10807268      +Wausau Insurance Companies,   8000 Excelsior Drive,   Madison, WI 53717-1914
10807269      +Wells Fargo Bank, N.A.,   MAC: N9311-161 Sixth And Marquette,   Minneapolis, MN 55479-0001
11340527      +White Knight Defense LLC,   75 Koppie Drive,   Gilberts, IL 60136-9663
10807270      +Wilkor Construction, Inc.,   PO Box 246,   South Elgin, IL 60177-0246
10807271       Wisconsin Dept of Revenue,   2135 Rimrock Road,   PO Box 8971, Mail Stop 6-97,
                 Madison, WI 53708-8971
10807272      +Woodmark International, Inc.,   2603 Technology Way,   Plano, TX 75074-7467
10807273      +Zachary Keruish,   87 Trenton Ave,   South Elgin, IL 60177-1851
10885860       idwest Operating Engineers Pension Fund,   c/o Jennifer L. Dunitz-Geiringer,
                 200 W. Adams Street, Suite 2200,   Chicago, IL   60606-5231
```

```
District/off: 0752-1            User: mhenley              Page 4 of 4                  Date Rcvd: Jul 20, 2011
                                Form ID: pdf006            Total Noticed: 195
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
10835789       +E-mail/Text: ylhudson@bluelinxco.com Jul 21 2011 00:27:15      Bluelinx Corp,   Attn Alva Birks,
                 4100 Wildwood Parkway 2nd Fl,    Atlanta Ga 30339-8400
10807157        E-mail/Text: legalcollections@comed.com Jul 21 2011 00:23:03      ComEd,
                 Attn Bankruptcy Section/Revenue Manageme,    2100 Swift Drive,    Chicago, IL 60668-0002
10853711       +E-mail/Text: skuhlmann@atlaslift.com Jul 21 2011 00:26:10      First Access,
                 6400 West 73rd Street,    Chicago, IL 60638-6027
10807188       +E-mail/Text: SCD_BankruptcyNotices@Grainger.com Jul 21 2011 00:43:43      Grainger,
                 6001 W. 115th Street,    Alsip, IL 60803-5152
10807211        E-mail/Text: bankrup@nicor.com Jul 21 2011 00:08:07      Nicor Gas,    PO Box 416,
                 Aurora, IL 60568-0001
10807223       +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Jul 21 2011 00:23:38      Pawnee Leasing,
                 700 Center Avenue,    Fort Collins, CO 80526-1842
10847413       +E-mail/Text: bankruptcy@pb.com Jul 21 2011 00:23:05      Pitney Bowes Inc,    27 Waterview Dr,
                 Shelton CT 06484-4361
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10807257        Stock Building Supply
aty*           +Thomas E Springer,    Springer, Brown, Covey, Gaertner & Davis,    400 South County Farm Road,
                 Suite 330,    Wheaton, IL 60187-4547
10925778*       Barnes Distribution,    Dept CH 14079,    Palatine, IL 60055-4079
10885874*       Operating Engineers Local 150 Apprenticeship Fund,    c/o Jennifer L. Dunitz-Geiringer,
                 200 W. Adams Street, Suite 2200,    Chicago, IL   60606-5231
10925775*      +Wells Fargo Bank, N.A.,    MAC: N9311-161 Sixth and Marquette,    Minneapolis, MN 55479-0001
10807120      ##+Abrams & Abrams, P.C.,    75 E. Wacker Drive,    Ste 320,   Chicago, IL 60601-3740
10925777      ##+Anderson Wood Products Company,    1381 Beach Street,    Louisville, KY 40211-3428
10807197      ##+Jose Barajas,    500 N. Commonwealth Ave,    Elgin, IL 60123-3420
10807233      ##+Richmond International,    PO Box 2757,    Richmond, VA 23058-2757
10807241      ##+Rudolfo Moya,    1302 Oakbrook Court,    Belvidere, IL 61008-7091
10807245      ##+Saunders Brothers,    PO Box 1016,    Westbrook, ME 04098-1016
10807267      ##+Waste Management,    2421 W Peoria Ave Suite 110,    Phoenix, AZ 85029-4942
                                                                                               TOTALS: 1, * 4, ## 7
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 22, 2011**            **Signature:** _/s/ Joseph Speetjens_