# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TOP FLIGHT STAIRS & RAILS LTD | § | Case No. 06-07975 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter     on              , and it was converted to chapter 7 on              .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/THOMAS E. SPRINGER, TRUSTEE _____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000042B | Amcore Bank, N.A. | | | | | |
| 000022 | Canawill, Inc. | | | | | |
| 000068 | Financial Pacific Leasing, Llc | | | | | |
| 000069 | Financial Pacific Leasing, Llc | | | | | |
| 000067 | Pawnee Leasing | | | | | |
| 000002 | White Knight Defense Llc | | | | | |
| 74B | Illinois Department Of Employment S | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| INTERNATIONAL SURE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| CLERK OF THE BANKRUPTCY COURT | | | | | |
| Office Of The U.S. Trustee | | | | | |
| THOMAS E. SPRINGER | | | | | |
| THOMAS E. SPRINGER | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 48 | Art Benton | | | | | |
| 70A | Art Benton | | | | | |
| 24 | Debbie Toth | | | | | |
| AUTO | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| 66 | Ken McVey | | | | | |
| 49 | Wally Pisarski | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 72 | Zachary Keruish | | | | | |
| AUTO | DIRECTOR OF EMPLOYMENT SECURITY | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| 75A | Illinois Department Of Employment S | | | | | |
| 73 | Illinois Department Of Revenue | | | | | |
| 52B | Internal Revenue Service | | | | | |
| AUTO | UNITED STATES TREASURY | | | | | |
| 65 | Wisconsin Dept Of Revenue | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 70B | ART BENTON | | | | | |
| 000026 | Ablest Inc | | | | | |
| 000044 | Accountemps | | | | | |
| 000011 | Alexnder Lumber Co. | | | | | |
| 000060 | Alexnder Lumber Co. | | | | | |
| 000010 | Alpine Engineered Products | | | | | |
| 000042A | Amcore Bank, N.A. | | | | | |
| 000030 | Anderson Wood Products Company | | | | | |
| 000056 | B And H Industries | | | | | |
| 000028 | Baer Supply Company | | | | | |
| 000055 | Baer Supply Company | | | | | |
| 000008 | Bluelinx Corp | | | | | |
| 000058 | Canawill, Inc. | | | | | |
| 000009 | Cascino & Associates, P.C. | | | | | |
| 000021 | Charles J. Gries & Company | | | | | |
| 000027 | Comed | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000061 | Dan's Crane Rental | | | | | |
| 000057 | Datamine, Inc | | | | | |
| 000020 | Euler Hermes Aci Assignee Of | | | | | |
| 000001 | Fed Ex Customer Information Service | | | | | |
| 000005 | First Access | | | | | |
| 000014 | Fitzpatrick Zimmerman & Rose, Co. | | | | | |
| 000047 | Fitzpatrick Zimmerman & Rose, Co. | | | | | |
| 000015 | Fox Valley Fire & Safety, Co. | | | | | |
| 000059 | Frank Paxton Lumber Company Llc | | | | | |
| 000045 | Gatwood Crane Service, Inc | | | | | |
| 000041 | Great America Leasing Corporation | | | | | |
| 000037 | I.U.O.E. Local 150 Vacation Savings | | | | | |
| 000018 | L.J. Smith | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | Leach Enterprises, Inc. | | | | | |
| 000046 | Marlin Leasing Corporation | | | | | |
| 000039 | Midway Truck Parts | | | | | |
| 000038 | Midwest Operating Engineers Fringe | | | | | |
| 000035 | Midwest Operating Engineers Pension | | | | | |
| 000034 | Midwest Operating Engineers Welfare | | | | | |
| 000007 | Occupational Health Services | | | | | |
| 000054 | Occupational Health Services | | | | | |
| 000016 | Old Second National Bank | | | | | |
| 000063 | Old Second National Bank | | | | | |
| 000003 | Old World Mill Works | | | | | |
| 000053 | Old World Mill Works | | | | | |
| 000036 | Operating Engineers Local 150 Appre | | | | | |
| 000019 | Pitney Bowes Inc | | | | | |
| 000025 | Poly Tech East Inc | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000033 | Rayner & Rinn-Scott, Inc. | | | | | |
| 000006 | Richmond International | | | | | |
| 000013 | Robbins Manufacturing Company | | | | | |
| 000071 | Sams 24 Hour Towing | | | | | |
| 000031 | Saunders Brothers | | | | | |
| 000040 | Saunders Brothers | | | | | |
| 000029 | Sierra Forest Products | | | | | |
| 000012 | Spartan Forest Products Inc | | | | | |
| 000043 | State Bank & Trust | | | | | |
| 000032 | United Parcel Service | | | | | |
| 000050 | Valley Hydraulic Service, Inc. | | | | | |
| 000017 | Wasserman & Associates, Inc. | | | | | |
| 000023 | Waste Management | | | | | |
| 000064 | Wisconsin Dept Of Revenue | | | | | |
| 000062 | Woodmark International, Inc. | | | | | |
| 74A | Illinois Department Of Employment S | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 75B | Illinois Department Of Employment S | | | | | |
| 52A | Internal Revenue Service | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 06-07975   ABG   Judge: A. Benjamin Goldgar |
| Case Name: | TOP FLIGHT STAIRS & RAILS LTD |
| For Period Ending: | 07/24/12 |

| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Date Filed (f) or Converted (c): | 09/13/06 (c) |
| 341(a) Meeting Date: | 10/23/06 |
| Claims Bar Date: | 02/20/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Petty Cash | 0.00 | 0.00 | DA | 0.00 | FA |
| 2. Amcore Bank N.A., Checking Account No.<br>9801133973 | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. JPMorgan Chase Bank, N.A., Checking Account No.<br>707552352. | 0.00 | 0.00 | DA | 0.00 | FA |
| 4. ComEd (may have been applied to outstanding<br>balance). | 800.00 | 0.00 | DA | 0.00 | FA |
| 5. Wall art - estimated value<br>See Note 1 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6. 401(k) plan, Wayne Kantor, Cardunal Savings, 704<br>W. Main Street, Dundee, IL 60118 | Unknown | 0.00 | DA | 0.00 | FA |
| 7. See Attached List Exhibit 1<br>Government & corporate bonds | 35,061.28 | 0.00 | DA | 0.00 | FA |
| 8. See Attached List Exhibit 2 for A/R as of<br>6/21/06.  See Note 1 | 1,321,151.79 | 0.00 | DA | 0.00 | FA |
| 9. Receivables created 6/22/06 through 7/6/06<br>amount to $17,600.00 | 17,600.00 | 0.00 | DA | 0.00 | FA |
| 10. Yes - (Customer lists or other compilations<br>containing personally identifable information) | Unknown | 0.00 | DA | 0.00 | FA |
| 11. See Attached List Exhibit 3<br>Debtor listed 30 vehicles as assets.  28 of said vehicles had liens secured<br>by Amcore Bank which exceeded the fair market value of the vehicles.<br>The creditor, MB Financial, obtained an Order lifting the stay  on 2/5/07<br>for the following  2 vehicles, in which the loans  balances exceeded the<br>fmv of the vehicles: 2003 BMW and 2004 Cadillac. | 395,350.00 | 0.00 | DA | 0.00 | FA |
| 12. See Attached List Exhibit 4. | 33,300.00 | 0.00 | DA | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:   2

Exhibit 8

| Case No.: | 06-07975   ABG   Judge: A. Benjamin Goldgar |
|---|---|
| Case Name: | TOP FLIGHT STAIRS & RAILS LTD |

| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 09/13/06 (c) |
| 341(a) Meeting Date: | 10/23/06 |
| Claims Bar Date: | 02/20/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Office equipment & furnishings.  See Note 1 | | | | | |
| 13. See Attached List Exhibit 5 (list does not include property subject to equipment leases). Machinery, fixtures, & equipment.  See Note 1 | 223,235.00 | 0.00 | DA | 0.00 | FA |
| 14. Raw materials for stair See Note 1 | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 14.13 | Unknown |
| 16. Preference/fraudulent transfer adversary: 08-00532 (u) against Spagnolo & Hoeksema | 0.00 | 9,801.00 | | 2,500.00 | FA |
| 17. Preference/fraudulent transfer adversary: 08-00534 (u) against Old WorldWorks | 0.00 | 12,000.00 | | 3,000.00 | FA |
| 18. Preference/fraudulent transfer adversary: 08-00535 (u) against Frank Paxton Lumber Company, LLC Motion approving compromise continued to 2/4/09. | 0.00 | 10,669.08 | | 6,401.45 | FA |
| 19. Preference/fraudulent transfer adversary: 08-00536 (u) against Okaw Truss, Inc. | 0.00 | 24,155.00 | DA | 0.00 | FA |
| 20. Preference/fraudulent transfer adversary: 08-00537 (u) against J.P. Morgan Chase Bank Adversary closed 9/30/08 | 0.00 | 81,514.15 | DA | 0.00 | FA |
| 21. Preference/fraudulent transfer adversary: 08-00538 (u) against Employemnt Management Services, Inc. | 0.00 | 250,356.58 | | 24,000.00 | FA |
| 22. Preference/fraudulent transfer adversary: 08-00543 (u) against Cananwill, Inc. Adversary case closed 9/30/08 | 0.00 | 18,481.01 | DA | 0.00 | FA |
| 23. Preference/fraudulent transfer adversary: 08-00544 (u) against Gilberts Property Developement | 0.00 | 55,144.36 | DA | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Ver: 16.06b

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

Case No:   06-07975   ABG   Judge: A. Benjamin Goldgar

Case Name:   TOP FLIGHT STAIRS & RAILS LTD

Trustee Name:   THOMAS E. SPRINGER, TRUSTEE

Date Filed (f) or Converted (c):   09/13/06 (c)

341(a) Meeting Date:   10/23/06

Claims Bar Date:   02/20/07

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Adversary case closed 9/30/08 | | | | | |
| 24. Preference/fraudulent transfer adversary: 08-00550 (u) against Commonwealth Edison | 0.00 | 8,611.72 | | 2,500.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $2,048,998.07 | $470,732.90 | $38,415.58 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

NOTE 1:  Asset included in blanket lien; lien exceeds value of all assets.

Hearings on Objections to Claims scheduled for 2/16/11.  Accountant is preparing the final estate tax return and then the FInal Report will be filed.

Initial Projected Date of Final Report (TFR): 06/30/08   Current Projected Date of Final Report (TFR): 04/01/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Ver: 16.06b

FORM 2                                                                                            Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

Case No:          06-07975  -ABG                          Trustee Name:      THOMAS E. SPRINGER, TRUSTEE
Case Name:        TOP FLIGHT STAIRS & RAILS LTD           Bank Name:         BANK OF AMERICA
                                                          Account Number / CD #:    *******0397  MONEY MARKET

Taxpayer ID No:   *******0776
For Period Ending: 07/24/12                               Blanket Bond (per case limit):   $  5,000,000.00
                                                          Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/15/08 | 18 | Frank Paxton Lumber Co. LLC 23925 Commerce Park Beachwood, OH 44142 | Settlement of adversary pursuant to Order approving entered 2/4/09 | 1241-000 | 6,401.45 | | 6,401.45 |
| 12/31/08 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.02 | | 6,401.47 |
| 01/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,401.52 |
| 02/09/09 | 000100 | International Sureties, Ltd Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond Payment Allocation Chapter 7 Blanket Bond Illinois - Chicago - Northern District | 2300-000 | | 5.07 | 6,396.45 |
| 02/19/09 | 16 | Spagnolo & Hoeksema, LLC 2500 West Higgins Road Suite 100 Hoffman Estates, IL 60169 | Settlement of adversary pursuant to Ordered Entered February 4, 2009 | 1241-000 | 2,500.00 | | 8,896.45 |
| 02/27/09 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.05 | | 8,896.50 |
| 03/31/09 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.08 | | 8,896.58 |
| 04/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.19 | | 8,896.77 |
| 05/29/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,896.99 |
| 06/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,897.21 |
| 07/31/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.23 | | 8,897.44 |
| 08/17/09 | 17 | Old Second National Bank 37 South River Street Aurora, IL 60506 | Settlement of adversary pursuant to Order approving entered 8/19/09 | 1241-000 | 3,000.00 | | 11,897.44 |
| 08/21/09 | 24 | Commonwealth Edison Company P.O. Box 805379 Chicago, IL 60680-5379 | Settlement of adversary pursuant to Order Entered August 19, 2009 | 1241-000 | 2,500.00 | | 14,397.44 |
| 08/31/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.26 | | 14,397.70 |
| 09/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.36 | | 14,398.06 |
| 10/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.37 | | 14,398.43 |

                                               Page Subtotals        14,403.50        5.07

                                                                                         Ver: 16.06b

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-07975  -ABG | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | TOP FLIGHT STAIRS & RAILS LTD | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0397  MONEY MARKET |
| Taxpayer ID No: | *******0776 | | | |
| For Period Ending: | 07/24/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/20/09 | 21 | Employment Management Services, Inc. 1548 Bond Street, Suite 101 Naperville, IL 60563 | Installment payment pursuant to Order approving settlement of adversary entered 9/15/09.  After initial payment of $5,000 installment, defendant shall make monthly payments of $2000 until the full balance of $24,000 is paid. | 1241-000 | 5,000.00 | | 19,398.43 |
| 11/30/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.38 | | 19,398.81 |
| 12/18/09 | 21 | Employment Management Service, Inc. 1548 Bond Street, Suite 101 Naperville, IL 60563 | Installment payment pursuant to Order approving settlement of adversary entered 9/15/09. | 1241-000 | 2,000.00 | | 21,398.81 |
| 12/31/09 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.51 | | 21,399.32 |
| 01/19/10 | 21 | Employment Management Service, Inc. 1548 Bond Street, Suite 101 Naperville, IL 60563 | Installment payment pursuant to Order approving settlement of adversary entered 9/15/09. | 1241-000 | 2,000.00 | | 23,399.32 |
| 01/29/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.55 | | 23,399.87 |
| 02/09/10 | 000101 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS STREET NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 19.59 | 23,380.28 |
| 02/23/10 | 21 | EMPLOYMENT MANAGEMENT SERVICES, INC. 1548 Bond Street, Suite 101 Naperville, IL 60563 | Installment payment pursuant to Order approving settlement of adversary entered 9/15/09. | 1241-000 | 2,000.00 | | 25,380.28 |
| 02/26/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.55 | | 25,380.83 |
| 03/18/10 | 21 | Employment Management Services, Inc. 1548 Bond Street, Suite 101 Naperville, IL  60563 | Installment payment pursuant to Order approving settlement of adversary entered 9/15/09. | 1241-000 | 2,000.00 | | 27,380.83 |
| 03/31/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.66 | | 27,381.49 |
| 04/09/10 | 000102 | Alan D. Lasko, CPA 29 South LaSalle Street Suite 1240 | Interim Accountant Fees and Expense per Court Order of 4/7/10 | | | 4,905.60 | 22,475.89 |

Page Subtotals    13,002.65    4,925.19

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2   Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-07975  -ABG | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | TOP FLIGHT STAIRS & RAILS LTD | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******0397  MONEY MARKET |
| Taxpayer ID No: | *******0776 | | | |
| For Period Ending: | 07/24/12 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60603 | | | | | |
| | | | Fees          4,836.60 | 3410-000 | | | |
| | | | Expenses          69.00 | 3420-000 | | | |
| 04/20/10 | 21 | Employment Management Services, Inc. 1548 Bond Street, Suite 101 Naperville, IL  60563 | Installment payment pursuant to Order approving settlement of adversary entered 9/15/09. | 1241-000 | 2,000.00 | | 24,475.89 |
| 04/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.62 | | 24,476.51 |
| 05/19/10 | 21 | Employment Management Services, Inc. 1548 Bond Street, Suite 101 Naperville, IL  60563 | Installment payment pursuant to Order approving settlement of adversary entered 9/15/09. | 1241-000 | 2,000.00 | | 26,476.51 |
| 05/28/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.63 | | 26,477.14 |
| 06/18/10 | 21 | Employment Management Services, Inc. 1548 Bond Street, Suite 101 Naperville, IL  60563 | Installment payment pursuant to Order approving settlement of adversary entered 9/15/09. | 1241-000 | 2,000.00 | | 28,477.14 |
| 06/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.67 | | 28,477.81 |
| 07/20/10 | 21 | Employment Managment Services, Inc. 1548 Bond Street, Suite 101 Naperville, IL  60563 | Installment payment pursuant to Order approving settlement of adversary entered 9/21/09. | 1241-000 | 2,000.00 | | 30,477.81 |
| 07/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.74 | | 30,478.55 |
| 08/19/10 | 21 | Employment Management Services, Inc. 1548 Bond Street, Suite 101 Naperville, IL  60563 | Installment payment pursuant to Order approving settlement of adversary entered 9/21/09. | 1241-000 | 2,000.00 | | 32,478.55 |
| 08/31/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.80 | | 32,479.35 |
| 09/16/10 | 21 | Employment Management Services, Inc. 1548 Bond Street, Suite 101 Naperville, IL  60563 | Installment payment pursuant to Order approving settlement of adversary entered 9/21/09. | 1241-000 | 1,000.00 | | 33,479.35 |
| 09/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.81 | | 33,480.16 |
| 10/29/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,481.01 |
| 11/30/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.83 | | 33,481.84 |

Page Subtotals                              11,005.95                    0.00

Ver: 16.06b

FORM 2   Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-07975  -ABG | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | TOP FLIGHT STAIRS & RAILS LTD | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0397  MONEY MARKET |
| Taxpayer ID No: | *******0776 | | |
| For Period Ending: | 07/24/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/10 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,482.69 |
| 01/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.85 | | 33,483.54 |
| 02/28/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.26 | | 33,483.80 |
| 03/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,484.08 |
| 04/26/11 | 000103 | INTERNATIONAL SURETIES, LTD. | Portion on Blanket Bond #016026455 | 2300-000 | | 27.78 | 33,456.30 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/29/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.27 | | 33,456.57 |
| 05/31/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,456.86 |
| 06/30/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.27 | | 33,457.13 |
| 07/29/11 | 15 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.28 | | 33,457.41 |
| 08/15/11 | 15 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 33,457.54 |
| 08/15/11 | | Transfer to Acct #*******0957 | Final Posting Transfer | 9999-000 | | 33,457.54 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 38,415.58 | 38,415.58 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 33,457.54 | |
| Subtotal | | 38,415.58 | 4,958.04 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 38,415.58 | 4,958.04 | |

Page Subtotals       3.48       33,485.32

Ver: 16.06b

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 06-07975  -ABG | | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE | |
| Case Name: | TOP FLIGHT STAIRS & RAILS LTD | | | Bank Name: | BANK OF AMERICA | |
| | | | | Account Number / CD #: | *******0957  GENERAL CHECKING | |
| Taxpayer ID No: | *******0776 | | | | | |
| For Period Ending: | 07/24/12 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/15/11 | | Transfer from Acct #*******0397 | Transfer In From MMA Account | 9999-000 | 33,457.54 | | 33,457.54 |
| 08/24/11 | | INTERNAL REVENUE SERVICE | Medicare (Employee) 36-3980776 | 5300-000 | | 91.56 | 33,365.98 |
| 08/24/11 | | INTERNAL REVENUE SERVICE | Medicare (Employer) 36-3980776 | 5800-000 | | 91.56 | 33,274.42 |
| 08/24/11 | | INTERNAL REVENUE SERVICE | Social Security (Employee) 36-3980776 | 5300-000 | | 265.18 | 33,009.24 |
| 08/24/11 | | INTERNAL REVENUE SERVICE | Social Security (Employer) 36-3980776 | 5800-000 | | 391.46 | 32,617.78 |
| 08/24/11 | | INTERNAL REVENUE SERVICE | Federal Income Tax | 5300-000 | | 1,578.48 | 31,039.30 |
| * 08/24/11 | 001000 | THOMAS E. SPRINGER, TRUSTEE 400 S. County Farm Road Suite 330 Wheaton, IL  60187 | Chapter 7 Compensation/Fees | 2100-004 | | 4,591.49 | 26,447.81 |
| * 08/24/11 | 001001 | Thomas E. Springer Springer, Brown, Covey, Gaertner & Davis LLC 400 S. County Farm Road Suite 330 Wheaton, IL  60187 | Attorney for Trustee Fees (Trustee | 3110-004 | | 15,000.00 | 11,447.81 |
| 08/24/11 | 001002 | Alan D. Lasko, CPA 29 South LaSalle Street Suite 1240 Chicago, IL  60603 | Accountant for Trustee Fees (Other | | | 4,114.50 | 7,333.31 |
| | | | Fees               4,039.30 | 3410-000 | | | |
| | | | Expenses              75.20 | 3420-000 | | | |
| 08/24/11 | 001003 | CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET | Clerk of the Courts Costs (includes Adversary filing fees (9) | 2700-000 | | 2,250.00 | 5,083.31 |

| | | | Page Subtotals | | 33,457.54 | 28,374.23 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

Ver: 16.06b

FORM 2                                                                              Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                   Exhibit 9

| Case No: | 06-07975  -ABG | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | TOP FLIGHT STAIRS & RAILS LTD | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******0957  GENERAL CHECKING |
| Taxpayer ID No: | *******0776 | | |
| For Period Ending: | 07/24/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60604<br>Attn:  Fiscal Department | 08-00532; 08-00534; 08-00535; 08-00536;<br>08-00537;<br>08-00538; 08-00543; 08-00544; 08-00550 | | | | |
| 08/24/11 | 001004 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>227 W. Monroe St.<br>Suite 3350<br>Chicago, IL 60606 | Claim 51, Payment 100.00000% | 2950-000 | | 250.00 | 4,833.31 |
| 08/24/11 | 001005 | DEBBIE TOTH<br>1390 Chautauqua Street<br>Batavia, IL  60510 | Claim 24, Payment 37.78160% | 5300-000 | | 940.04 | 3,893.27 |
| 08/24/11 | 001006 | WALLY PISARSKI<br>412 Winding Trail<br>Genoa, IL 60135 | Claim 49, Payment 37.78188% | 5300-000 | | 1,025.49 | 2,867.78 |
| 08/24/11 | 001007 | KEN MCVEY<br>623 Dean Drive<br>Apt. #7<br>South Elgin, IL  60177 | Claim 66, Payment 37.78174% | 5300-000 | | 220.88 | 2,646.90 |
| 08/24/11 | 001008 | ART BENTON<br>815 Katherine Lane<br>Hampshire, IL  60140 | Claim 70A, Payment 37.78181% | 5300-000 | | 1,696.47 | 950.43 |
| 08/24/11 | 001009 | ZACHARY KERUISH<br>87 Trenton Avenue<br>South Elgin, IL  60177 | Claim 72, Payment 37.78187% | 5300-000 | | 306.40 | 644.03 |
| 08/24/11 | 001010 | UNITED STATES TREASURY<br>Internal Revenue Service<br>PO Box 804521<br>Cincinnati, OH  45280 | Federal Unemployment Tax<br>36-3980776 | 5800-000 | | 50.52 | 593.51 |
| 08/24/11 | 001011 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. BOX 19447 | State Withholdings<br>36-3980776 | 5300-000 | | 189.41 | 404.10 |

                                                        Page Subtotals          0.00        4,679.21

                                                                                            Ver: 16.06b

FORM 2

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 06-07975  -ABG |
| Case Name: | TOP FLIGHT STAIRS & RAILS LTD |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******0957  GENERAL CHECKING |

| | |
|---|---|
| Taxpayer ID No: | *******0776 |
| For Period Ending: | 07/24/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | | SPRINGFIELD, IL  62794-9447 | | | | | |
| | 08/24/11 | 001012 | DIRECTOR OF EMPLOYMENT SECURITY | State Unemployment Tax | 5800-000 | | 404.10 | 0.00 |
| | | | Illinois Dept. of Employment Security | 36-3980776 | | | | |
| | | | P.O. Box 19300 | | | | | |
| | | | Springfield, IL 62794-9300 | | | | | |
| | 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 25.02 | -25.02 |
| | 11/08/11 | | BANK OF AMERICA | Bank charge reversal | 2600-000 | 25.02 | | 0.00 |
| * | 11/08/11 | 001000 | THOMAS E. SPRINGER, TRUSTEE | Stop Payment Reversal | 2100-004 | | -4,591.49 | 4,591.49 |
| | | | 400 S. County Farm Road | STOP PAY ADD SUCCESSFUL | | | | |
| | | | Suite 330 | | | | | |
| | | | Wheaton, IL  60187 | | | | | |
| * | 11/08/11 | 001001 | Thomas E. Springer | Stop Payment Reversal | 3110-004 | | -15,000.00 | 19,591.49 |
| | | | Springer, Brown, Covey, Gaertner | STOP PAY ADD SUCCESSFUL | | | | |
| | | | & Davis LLC | | | | | |
| | | | 400 S. County Farm Road | | | | | |
| | | | Suite 330 | | | | | |
| | | | Wheaton, IL  60187 | | | | | |
| | 11/08/11 | 001013 | THOMAS E. SPRINGER, TRUSTEE | Chapter 7 Comp and Fees | 2100-000 | | 4,591.49 | 15,000.00 |
| | | | 400 South County Farm Road | | | | | |
| | | | Wheaton, IL 60187 | | | | | |
| | 11/08/11 | 001014 | Thomas E. Springer | | 3110-000 | | 15,000.00 | 0.00 |
| | | | Springer, Brown, Covey, Gaertner | | | | | |
| | | | & Davis LLC | | | | | |
| | | | 400 S. County Farm Road | | | | | |
| | | | Suite 330 | | | | | |
| | | | Wheaton, IL  60187 | | | | | |
| | 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 24.12 | -24.12 |
| | 01/13/12 | | BANK OF AMERICA | Bank charge reversal | 2600-000 | 24.12 | | 0.00 |
| | 01/13/12 | | BANK OF AMERICA | Bank charge reversal | 2600-000 | 24.15 | | 24.15 |
| | 02/10/12 | | BANK OF AMERICA | BANK SERVICE CHARGE--FOR 11/30/11 | 2600-000 | | 24.15 | 0.00 |

Page Subtotals        73.29        477.39

FORM 2                                                                                    Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

Case No:        06-07975  -ABG                    Trustee Name:          THOMAS E. SPRINGER, TRUSTEE
Case Name:      TOP FLIGHT STAIRS & RAILS LTD     Bank Name:             BANK OF AMERICA
                                                  Account Number / CD #: *******0957  GENERAL CHECKING

Taxpayer ID No: *******0776
For Period Ending: 07/24/12                       Blanket Bond (per case limit):  $  5,000,000.00
                                                  Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 33,530.83 | 33,530.83 | 0.00 |
| Less:  Bank Transfers/CD's | 33,457.54 | 0.00 | |
| Subtotal | 73.29 | 33,530.83 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 73.29 | 33,530.83 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MONEY MARKET - *******0397 | 38,415.58 | 4,958.04 | 0.00 |
| GENERAL CHECKING - *******0957 | 73.29 | 33,530.83 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 38,488.87 | 38,488.87 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 23)*                                       Ver: 16.06b